JAMES A. SHEPHERD SBN 264400
LAW OFFICES OF JAMES SHEPHERD
514 El Cerrito Plaza
El Cerrito, CA 94530
Telephone: 510/527-9600
Facsimile: 510/722-2022
Email: jim@jsheplaw.com

Counsel for Defendant
GLYNDA LEANETTE FLENTROY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>GLYNDA LEANETTE FLENTROY,<br><br>Debtor.<br>_____ | Case No. 13-45646 MEH<br>Chapter 13 |
| GOLDEN YEARS HEALTH SERVICES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GLYNDA LEANETTE FLENTROY,<br><br>Defendant.<br>_____ | Adversary Proceeding<br>No. 14-04007 MEH<br><br>**DEFENDANT'S STATUS**<br>**CONFERENCE STATEMENT**<br><br>Date: October 20, 2014<br>Time: 10:00 AM<br>Courtroom: 215 |

Defendant Glynda Leanette Flentroy, through her undersigned counsel, submits her Status Conference Statement.[1]

1. <u>Case Status</u> - On August 6, 2014, Defendant filed her answer and affirmative defenses to Plaintiff's First Amended Complaint to Determine Dischargeability of Debt and Request for Jury Trial on September 22, 2014. Plaintiff seeks a judgment of nondischargeability under 11 U.S.C. §§ 523(a)(2) and (4) for amounts owed by Defendant's under a contract with Plaintiff for nursing care of Defendant's now-deceased mother. Defendant denies all substantive allegations and submits that Plaintiff's claim is for mere breach of contract.

_____

[1] Defendant apologizes to the court and Defendant for the tardiness of this submission.

Case: 14-04007   Doc# 31   Filed: 10/16/14   Entered: 10/16/14 16:30:25   Page 1 of 2

2. <u>Counsel Conference</u> - Counsel have not conferred since July 7, 2014.  However, Defendant's counsel is willing to meet and confer with Plaintiff's counsel and will reach out to counsel in advance of the Status Conference.

3. <u>Initial Disclosures</u> - Plaintiff emailed Rule 26 disclosures to the unsigned late in the day on October 15, 2014.  Defendant's Rule 26 disclosures are being emailed to counsel today.

4. <u>Settlement</u> - Defendant is open to discussing settlement.  Meaningful discussions have not been had.

5. <u>Mediation/ADR</u> - Defendant is open to participating in alternative dispute resolution including through the court's Bankruptcy Dispute Resolution program.

6. <u>Discovery</u> - Discovery plans have not been exchanged and no discovery has been engaged in.  Defendant anticipates propounding written discovery requests and deposing representatives of Plaintiff.

Respectfully submitted,

Dated: October 16, 2014

LAW OFFICES OF JAMES SHEPHERD

By: /s/ James A. Shepherd

Counsel for Defendant
GLYNDA LEANETTE FLENTROY